JACKSON LEWIS LLP
CAROLYN G. BURNETTE, SBN 191294
DOUGLAS M. EGBERT, SBN 265062
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: burnettec@jacksonlewis.com
egbertd@jacksonlewis.com

Attorneys for Defendants
EDCO GROUP, INC. and SHARON MAST

THE LAW OFFICE OF BOWMAN & ASSOCIATES, A PROFESSIONAL CORP.
ROBERT C. BOWMAN, JR., SBN 232388
SEAN GAVIN, SBN 251124
2151 River Plaza Drive, Suite 105
Sacramento, California 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828
Email: sgavin@bownmanandassoc.com

Attorneys for Plaintiff
AMY M. BAREFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMY M. BAREFIELD<br><br>Plaintiff,<br><br>v.<br><br>EDCO GROUP, INC. a Missouri Corporation; SHARON MAST, an individual; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:12-CV-00374-GEB-CKD<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING BANKRUPTCY TRUSTEE'S APPROVAL OF SETTLEMENT AMOUNT**<br><br>Complaint Filed: 09.27.10<br>First Amended Complaint Filed: 06.26.11<br>Second Amended Complaint Filed: 12.30.11<br>Trial Date: 12.03.13 |

/ / /

/ / /

NOTICE IS HEREBY GIVEN that the parties in the above captioned matter known as *Amy Barefield v. Edco Group, Inc., et al.*, Case No. 2129-CV-00374-GEB-CKD, have entered a conditional settlement agreement.

NOTICE IS FURTHER GIVEN that plaintiff Amy M. Barefield ("Plaintiff") and defendants Edco Group, Inc. and Sharon Mast ("Defendants"), through their counsel of record, hereby stipulate, as follows.

WHEREAS, on or about December 3, 2012, Defendants learned for the first time that Plaintiff had filed bankruptcy with the United States Bankruptcy Court, Eastern District of California, Case Number 10-52147-C-7, during the pendency of this civil action;

WHEREAS, the bankruptcy case is now closed;

WHEREAS, on December 6, 2012, the parties mediated this action with the Honorable Raul Ramirez (retired) and reached a settlement agreement;

WHEREAS, the settlement agreement is conditioned upon Plaintiff obtaining written approval of the settlement amount from the trustee in her bankruptcy action, due to relevant representations Plaintiff made in her bankruptcy filings about this action, and;

WHEREAS, approval from the trustee is necessary to protect the interests of the trustee and the bankruptcy estate.

Plaintiff and Defendants stipulate and agree that:

1. The Court stay this action in its entirety until such time the trustee provides written approval of the settlement amount or denies such approval;

2. In the event the trustee provides written approval of the settlement amount, Plaintiff will take all steps necessary to have this action dismissed with prejudice;

3. In the event the trustee denies approval of the settlement amount and no later than 10 court days thereafter, Plaintiff and Defendants shall file a joint case management statement proposing new dates for the following: (a) the completion of discovery; (b) initial expert disclosures; (c) contradictory and/or rebuttal expert disclosures; (d) the motion hearing schedule; (e) the final pre-trial conference; (f) trial; and (g) any other matters the Court deems appropriate.

2

Stipulation and [Proposed] Order to Stay Action Pending Bankruptcy Trustee's Approval of Settlement Amount

*Barefield v. Edco Group, Inc., et al.*
*USDC-Eastern, Case No. 2:12-CV-00374*

4. Nothing in this stipulation shall limit in any way any party's rights in either this action or Plaintiff's bankruptcy action.

**IT IS SO STIPULATED AND AGREED.**

Dated: December ___, 2012

JACKSON LEWIS LLP

By:______________________________
CAROLYN G. BURNETTE
DOUGLAS M. EGBERT

Attorneys for Defendants
EDCO GROUP, INC. and SHARON MAST

Dated: December ___, 2012

THE LAW OFFICE OF BOWMAN & ASSOC.

By:______________________________
ROBERT C. BOWMAN, JR.
SEAN GAVIN

Attorneys for Plaintiff
Amy M. Barefield

**[PROPOSED] ORDER**

After full consideration of the parties' stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is stayed in its entirety until the trustee in Plaintiff's bankruptcy action provides written approval of the settlement amount or denies such approval. IT IS FURTHER ORDERED that if the trustee provides written approval of the settlement amount, Plaintiff will immediately take all steps necessary to have this action dismissed with prejudice. IT IS FURTHER ORDERED that if the trustee denies approval of the settlement amount, within 10 Court days of such denial, the parties shall file a joint case management statement proposing new dates for the following: (a) the completion of discovery; (b) initial expert disclosures; (c) contradictory and/or rebuttal expert disclosures; (d) the motion hearing schedule; (e) the final pre-trial conference; (f) trial; and (g) any other matters the Court deems appropriate.

DATED: 12/10/12

By:______________________________
Hon. Garland E. Burrell, Jr.

3

Stipulation and [Proposed] Order to Stay Action Pending Bankruptcy Trustee's Approval of Settlement Amount

*Barefield v. Edco Group, Inc., et al.*
*USDC-Eastern, Case No. 2:12-CV-00374*

Proof of Service